IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ROBERT ROBERTSON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:13cv417 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Robert Robertson, an inmate confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends petitioner's motion to proceed *in forma pauperis* be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.[1] It is therefore

**ORDERED** that petitioner's motion to proceed *in forma pauperis* is **DENIED**.

So **ORDERED** and **SIGNED** on January  10 , 2014.

_____
Ron Clark, United States District Judge

---

[1] Ordinarily the court would provide petitioner thirty days in which to pay the fee; however, the petitioner paid the filing fee following the Report being entered.